AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Amanda Reynolds, individually and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Mercy Investment Services, et al.<br>See Attached Summons Rider<br><br>*Defendant(s)* | Civil Action No. 2:24-cv-02636-NJC-JMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mercy Investment Services
2039 North Geyer Road
Saint Louis, Missouri 63131
(See Attached Summons Rider)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amanda S. Reynolds, Esq.
3 Harvard Drive
Woodbury, NY 11797-3302

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: 4/17/2024



*Alison Fortunato*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02636-NJC-JMW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NEW YORK EASTERN DISTRICT**

| | |
|---|---|
| AMANDA REYNOLDS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MERCY INVESTMENT SERVICES, INC., MERCY EDUCATION SYSTEM OF THE AMERICAS, SISTERS OF MERCY OF THE AMERICAS MID-ATLANTIC COMMUNITY, INC., OUR LADY OF MERCY ACADEMY, CORP., BOARD OF DIRECTORS OF OUR LADY OF MERCY ACADEMY, SISTER LISA GRIFFITH, Executive Director, MARGARET MYHAN, OLMA President, PATRICIA DILOLLO, OLMA Director of Advancement, and JANE AND JOHN DOE, fictitious names for the remaining Board of Directors members,<br><br>                    Defendants. | Index No.: 2:24-cv-02636-NJC-JMW<br><br>Honorable N. Choudhury<br><br>Honorably Magistrate J. Wicks |

**AMENDED SUMMONS RIDER**

| | |
|---|---|
| Defendant Mercy Investment Services<br>2039 North Geyer Road<br>Saint Louis, Missouri 63131 | Defendant Mercy Education System of the Americas<br>8403 Colesville Road<br>Silver Spring, Maryland 20910 |
| Defendant Sisters of Mercy of the Americas Mid-Atlantic Community, Inc.<br>8403 Colesville Road<br>Silver Spring, Maryland 20910 | The Board of Directors of Our Lady of Mercy Academy<br>815 Convent Road<br>Syosset, New York 11791 |
| Our Lady of Mercy Academy Corp.<br>815 Convent Road<br>Syosset, New York 11791 | Sr. Lisa Griffith, MESA Executive Director<br>8403 Colesville Road<br>Silver Spring, Maryland 20910 |
| Margaret Myhan<br>144 Tullamore Road<br>Garden City, New York 11530 | Patricia DiLollo<br>5 Washington Avenue<br>Bayville, New York 11709 |