**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AMANDA REYNOLDS, individually and on
behalf of all others similarly situated,

                Plaintiff,

     - against -

MERCY INVESTMENT SERVICES, INC.;
SISTERS OF MERCY OF THE AMERICAS
MID-ATLANTIC COMMUNITY, INC.; OUR
LADY OF MERCY ACADEMY, CORP.;
BOARD OF DIRECTORS OF OUR LADY OF
MERCY ACADEMY; SISTER LISA
GRIFFITH, Executive Director; MARGARET
MYHAN, OLMA President; PATRICIA
DILOLLO, OLMA Director of Advancement;
JANE AND JOHN DOE, fictitious names for
the remaining Board of Directors members,

                Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 24-2636 (NJC) (JMW)

      A Memorandum and Order of Honorable Nusrat Jahan Choudhury, United States District Judge, having been filed on April 23, 2024; dismissing the Amended Complaint without prejudice for lack of subject matter jurisdiction; and dismissing as moot Plaintiff Amanda Reynolds' motion for a temporary restraining order/preliminary injunction, it is

      **ORDERED AND ADJUDGED** that Plaintiff Amanda Reynolds take nothing of Defendants Mercy Investment Services, Inc., Mercy Education System of the Americas, Sisters of Mercy of the Americas Mid-Atlantic Community, Inc., Our Lady of Mercy Academy, Corp., Board of Directors of Our Lady of Mercy Academy, sister Lisa Griffith, Margaret Myhan, Patricia DiLollo, and Jane and John Doe; that the Amended Complaint is dismissed without prejudice for lack of subject matter jurisdiction; that Plaintiff Amanda Reynolds' motion for a

temporary restraining order/preliminary injunction is dismissed as moot; and that this case is closed.

Dated: April 24, 2024
      Central Islip, New York

                              BRENNA B. MAHONEY
                              CLERK OF COURT

                   BY:    /S/ JAMES J. TORITTO
                              DEPUTY CLERK